## Samuel Kersten, Appellee, v. West Coast Roofing & Manufacturing Company, Appellant.

### Gen. No. 22,786.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917. Rehearing denied April 9, 1917.

### Statement of the Case.

Action by Samuel Kersten, plaintiff, against the West Coast Roofing & Manufacturing Company, a corporation, defendant, to recover for labor and materials furnished in installing a certain boiler. From a judgment for plaintiff for $867.03, defendant appeals.

BLUM & BLUM, for appellant.

SAMUELS & SAMUELS, for appellee.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 329*—*when evidence insufficient to show defects in boiler or workmanship.* In an action to recover for labor and materials furnished in installing a boiler in defendant's building, evidence *held* to show that the inability of the boiler to meet defendant's requirements was not due to defects in the boiler or workmanship, as contended in defense, but to its size, and that such boiler was constructed according to specifications furnished by the defendant and that plaintiff did not guarantee such kind of boiler would meet defendant's requirements.

2. SALES, § 251*—*what implied warranty exists as to specified kind of article.* Where a contract calls for the delivery of a certain specified kind of manufactured article, there is no implied warranty of its fitness for any purpose other than it be the kind specified.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.